# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Rhonda Tidwell,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) Case No. 09-4263-CV-C-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Motion For Attorney's Fees*, filed February 7, 2011 [Doc. 21]. After due consideration of the issues presented, and in light of the parties' agreement, it is

**ORDERED** that plaintiff's *Motion For Attorney's Fees*, filed February 7, 2011 [Doc. 21] is **GRANTED**. Accordingly plaintiff is awarded $2,966.87 in attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.

                                      */s/ John T. Maughmer*
                                    **JOHN T. MAUGHMER**
                                    **U. S. MAGISTRATE JUDGE**